IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RYAN ELLIOT FEHDERAU, | |
|---|---|
| Plaintiff, | **8:19CV4** |
| vs. | |
| STATE OF NEBRASKA, | **MEMORANDUM AND ORDER** |
| Defendant. | |

This matter is before the court on its own motion. Plaintiff filed a Motion for E-Filing Rights (filing no. 8) which I denied on January 22, 2019, without prejudice to Plaintiff seeking electronic filing access in accordance with the procedure set forth in NEGenR 1.3(b). I have been informed by the clerk's office that they informed Plaintiff that he would need to file a motion for e-filing access in this case because only the first e-filing request can be made through PACER. In light of this information, I will vacate the Memorandum and Order entered on January 22, 2019 (filing no. 10) to the extent it denied Plaintiff's Motion for E-Filing Rights. Plaintiff's Motion for E-Filing Rights (filing no. 8) is granted. However, my decision with respect to Plaintiff's Motion for Exemption from PACER Fees (filing no. 9) remains the same and that motion is denied.

IT IS THEREFORE ORDERED that:

1. The Memorandum and Order entered on January 22, 2019 (filing no. 10) is vacated to the extent it denied Plaintiff's Motion for E-Filing Rights (filing no. 8).

2. Plaintiff's Motion for E-Filing Rights (filing no. 8) is granted.

3. Plaintiff's Motion for Exemption from PACER Fees ([filing no. 9](filing no. 9)) is denied without prejudice to reassertion.

Dated this 23rd day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge